UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR21-118 JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER ON REVIEW OF |
| JALEN L. AZIZ, | ) DETENTION |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offenses charged</u>:

1. Felon in Possession of a Firearm

2. Distribution of Fentanyl

<u>Date of Detention Hearing</u>: July 28, 2021.

The Court, having conducted a second detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and

ORDER ON REVIEW OF DETENTION

PAGE -1

the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's criminal record includes two separate convictions for robbery and two arrests involving firearm possession while he was under supervision for the prior robbery convictions. In one instance, the Defendant eluded law enforcement by driving over a roundabout and running a stop sign, then fleeing on foot. Defendant's criminal history also reflects multiple failures to appear including a failure to report for supervision. Defendant poses a risk of danger to the community based upon his serious criminal history involving violence and multiple instances of gun possession, the fact that his criminal conduct escalated over a very short period of time, and the nature of the current allegations, involving firearms and distribution of fentanyl. Defendant poses a risk of flight because of his multiple prior failures to appear and violations of a prior term of supervision with new criminal conduct.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 29th Day of July, 2021.

*S. KATE VAUGHAN*
United States Magistrate Judge

ORDER ON REVIEW OF DETENTION

PAGE -3