THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JALEN L. AZIZ, ) <br> ) <br> Defendant. ) <br> ) | No. CR21-0118JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO |

THE COURT has considered Jalen Aziz's unopposed motion to proceed with guilty plea hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order W.D. Wash. 04-20 (3/30/20); *see also* General Orders W.D. Wash. 14-21, 03-22.

THE COURT ORDERS that a guilty plea hearing be scheduled by video on February 23, 2022, at 2:30 p.m. before Magistrate Judge Brian A. Tsuchida.

DONE this 22nd day of February, 2022.

JAMES L. ROBART
UNITED STAES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jalen Aziz

ORDER TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO
(*United States v. Aziz*, CR21-118JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**